JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIEVA LESONSKY d/b/a SMB CONNECTS, an individual, MARIA ANTON, an individual, ALLBUSINESS.COM, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 08-1066 DOC (ANx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge:     Hon. David O. Carter<br>Courtroom: 9D |

Plaintiff ENTREPRENEUR MEDIA, INC., ("EMI" or "Plaintiff") and Defendants RIEVA LESONSKY d/b/a SMB CONNECTS, MARIA ANTON, and ALLBUSINESS.COM (collectively "Defendants") having stipulated and agreed to the entry of this Stipulated Consent Judgment as an Order of this Court:

IT IS HEREBY ORDERED THAT:

1. Jurisdiction over the subject matter exists in this Court pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

2. This Court has personal jurisdiction over the parties and will retain jurisdiction over the parties for the purposes of enforcing this Consent Judgment, and the related Confidential Settlement Agreement regarding the subject matter of this action.

3. Plaintiff EMI is a corporation organized and existing under the laws of the State of California and having a principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

4. Defendant Rieva Lesonsky d/b/a SMB CONNECTS is an individual who currently does business at an office located at 17526 Von Karman Avenue, Suite A, Irvine, California 92614.

5. Defendant Maria Anton is an individual who currently does business at an office located at 17526 Von Karman Avenue, Suite A, Irvine, California 92614.

6. Defendant AllBusiness.com is a California corporation having its principal place of business at 650 Townsend Street, Suite 675, San Francisco, California 94103.

7. SMB Connects is a corporation controlled by Rieva Lesonsky, and was incorrectly named as merely being a dba for Rieva Lesonsky.

8. EMI is the owner of U.S. Trademark Registration Nos. 2,158,096 and 2,029,722 for "FRANCHISE 500," generally in connection with advertising and

business services, and U.S. Trademark Registration No. 1,395,636 for "FRANCHISE 500," generally in connection with an annual magazine pertaining to franchises and publications related thereto. EMI's FRANCHISE 500® marks are valid and enforceable.

9. Defendants and SMB Connects, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction, are hereby permanently enjoined from publishing a franchise list under, or otherwise using in commerce, the phrase Franchise 300, or any phrase that is confusingly similar to EMI's registered trademarks FRANCHISE 500®.

10. Each party shall bear its own costs and attorneys' fees.

11. This Consent Judgment represents the final Judgment in this case, as to all causes of action.

SO ORDERED AND ENTERED this 17th day of December, 2008.

*David O. Carter*
United States District Court Judge